UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _ℓy_/ D.C.

05 MAY 23 PM 1: 02

ROBERT ~ ~ TRULIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

UNITES STATES OF AMERICA,

    Plaintiff,

    v.

LEON JACKSON,

    Defendant.

Cr. No.  03-20409-D

---

## ORDER GRANTING DEFENDANT'S MOTION TO AMEND JUDGMENT AND COMMITMENT ORDER

---

For good cause shown, the motion to amend order of judgment and commitment in this matter is hereby **GRANTED.**  Defendant is hereby ordered to self surrender on July 20, 2005.

It is so **ORDERED**, this the _23rd_ day of May, 2005.

HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on **5-24-05**



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in
 case 2:03-CR-20409 was distributed by fax, mail, or direct printing on
May 24, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT