UNITED STATES DISTRICT COURT
Western District of Tennessee

FILED BY _____ D.C.
05 JUN -8 AM 11: 57

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:03CR20409-01

LEON JACKSON
    Defendant.

### A*M*E*N*D*E*D JUDGMENT AND COMMITMENT ORDER
### ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

    The defendant, Leon Jackson, was represented by Mary Catherine Jermann, Esq.

    It appearing that the defendant, who was convicted on June 23, 2004 in the above styled cause and was placed on Supervised Release for a period of three (3) years and has violated the terms of Supervised Release.

    It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **four (4) months.**

    *The defendant is hereby ordered to self surrender on July 20, 2005.

Signed this the __8th__ day of June, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 10-06-1961
U.S. Marshal No.: 19266-076
Defendant's Mailing Address: 1156 N. McNeil, Memphis, TN 38107

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-8-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:03-CR-20409 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT