PROB. 12
(Rev. 3/88)

UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 17 PM 4:42

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

U.S.A. vs. LEON JACKSON                                Docket No. 2:03CR20409-001

**Petition on Probation and Supervised Release**

COMES NOW  FREDDIE MCMASTER II  PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Leon Jackson who was placed on supervision by the Honorable Bernice B. Donald sitting in the Court at Memphis, TN on the 23rd day of June, 2004 who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

The defendant shall serve six (6) months Community Confinement

The defendant shall participate in a program for treatment of narcotic addiction or drug or alcohol dependency, including testing for abuse.

The defendant shall participate in a program of mental health treatment.

The defendant shall participate in anger management classes.

*Term of Supervised Release began October 20, 2004, and was revoked May 3, 2005, with a sentence of four (4) months imprisonment.

On February 14, 2005, Mr. Jackson's conditions were modified to include a five (5) month period of Home Confinement, and the condition to serve six (6) months Community Confinement was waived.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**(PLEASE SEE ATTACHED)**

**PRAYING THAT THE COURT WILL ORDER** a Warrant be issued for Mr. Jackson and his bond revoked.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this _17_ day of _June_, 20_05_ and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States District Judge | Executed on  _June 13, 2005_<br><br>_____<br>U.S. Probation Officer<br><br>Place:    Memphis, Tennessee |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _6-20-05_

**PROB 12**
Jackson, Leon
Docket No. 2:03CR20409-001
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

THE DEFENDANT HAS VIOLATED THE FOLLOWING CONDITIONS OF HIS BOND:

**The defendant shall participate in a program for treatment of narcotic addiction or drug or alcohol dependency, including testing for abuse.**

Mr. Jackson has failed to report for five (5) in-office random drug tests since his revocation hearing on May 3, 2005.

**The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**

Following Mr. Jackson's revocation hearing on May 3, 2005, he was instructed to report by telephone to the U.S. Probation Office every Wednesday beginning May 4, 2005. He has failed to call on four (4) scheduled dates.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:03-CR-20409 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT